DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK GIGANTI,**
Appellant,

v.

**TILES OF POMPANO, INC., POMPANO BEACH COMMUNITY REDEVELOPMENT AGENCY,** and **ANZCO, INC.,**
Appellees.

Nos. 4D2022-1955, 4D2022-2335 & 4D2022-2669

[February 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE20-010646.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, Kenneth M. Frankel of Ken M. Frankel, P.A., Pompano Beach, and Todd R. McPharlin of Coffey McPharlin Trial Law, Fort Lauderdale, for appellant.

Gina E. Romanik and Randy J. Lipkein of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, Miami, for appellees Tiles of Pompano, Inc., and Pompano Beach Community Redevelopment Agency.

Megan G. Colter and Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee Anzco, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***